1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11   XIANG LI,                              Case No.: 3:26-cv-448-JES-VET

12                         Petitioner,
                                            **ORDER FOR BOND HEARING**
13   v.

14   CHRISTOPHER LAROSE, SENIOR             **[ECF No. 1]**
     WARDEN, OTAY MESA DETENTION
15   CENTER; KRISTI NOEM,
     SECRETARY, U.S. DEPARTMENT OF
16   HOMELAND SECURITY; TODD
     LYONS, ACTING DIRECTOR, U.S.
17   IMMIGRATION AND CUSTOMS
     ENFORCEMENT; PATRICK DIVVER,
18   FIELD OFFICE DIRECTOR, SAN
     DIEGO FIELD OFFICE, U.S.
19   IMMIGRATION AND CUSTOMS
     ENFORCEMENT; SIRCE OWEN,
20   ACTING DIRECTOR OF THE
     EXECUTIVE OFFICE FOR
21   IMMIGRATION REVIEW (EOIR), U.S.
     DEPARTMENT OF JUSTICE; PAMELA
22   BONDI, ATTORNEY GENERAL, U.S.
     DEPARTMENT OF JUSTICE,
23
                         Respondents.
24

25

26

27

28   //

1

1     Before the Court is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §
2   2241, filed by Petitioner Xiang Li's ("Petitioner"). ECF No. 1. Pursuant to the Court's OSC
3   order, Respondents filed a response. ECF No. 4. In the response, Respondents
4   acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a),
5   pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-
6   01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025).
7   Accordingly, the Court **GRANTS IN PART** the petition as follows:

(1)    The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)    Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing.

(3)    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: February 5, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-448-JES-VET