UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIANG LI,<br><br>         Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, SENIOR WARDEN, OTAY MESA DETENTION CENTER; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK DIVVER, FIELD OFFICE DIRECTOR, SAN DIEGO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; SIRCE OWEN, ACTING DIRECTOR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW (EOIR), U.S. DEPARTMENT OF JUSTICE; PAMELA BONDI, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,<br><br>         Respondents. | Case No.: 3:26-cv-448-JES-VET<br><br>**ORDER REQUIRING RESPONDENTS TO SHOW CAUSE FOR NONCOMPLAINCE WITH COURT ORDER**<br><br>[ECF Nos. 1, 6] |

//

|    |                                                                                              |
|----|----------------------------------------------------------------------------------------------|
| 1  | Before the Court is Xiang Li's ("Petitioner") Petition for Writ of Habeas Corpus |
| 2  | pursuant to 28 U.S.C. § 2241. ECF No. 1. On February 5, 2026, the Court ordered |
| 3  | Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § |
| 4  | 1226(a), on or before February 15, 2026. ECF No. 6. The Court also ordered Respondents |
| 5  | to file a Notice of Compliance, within **five days** of providing Petitioner with a bond |
| 6  | redetermination hearing, confirming the occurrence, and resulting outcome, of said |
| 7  | hearing. To date, Respondents have not filed no such Notice. |

Before the Court is Xiang Li's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On February 5, 2026, the Court ordered Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a), on or before February 15, 2026. ECF No. 6. The Court also ordered Respondents to file a Notice of Compliance, within **five days** of providing Petitioner with a bond redetermination hearing, confirming the occurrence, and resulting outcome, of said hearing. To date, Respondents have not filed no such Notice.

Respondents are **ORDERED TO SHOW CAUSE** as to why they have failed to comply with the Court's February 5, 2026, Order. Respondents are required to **FILE** a brief containing the justification for such noncompliance, no later than 5:00 p.m. on **Wednesday, February 25, 2026**. This brief shall also apprise the Court of: (1) when Petitioner was provided with a bond hearing; and (2) the results of that hearing.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: February 23, 2026

Honorable James E. Simmons Jr.
United States District Judge