UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

XIANG LI,

                                        Petitioner,

v.

CHRISTOPHER LAROSE, SENIOR
WARDEN, OTAY MESA DETENTION
CENTER; KRISTI NOEM,
SECRETARY, U.S. DEPARTMENT OF
HOMELAND SECURITY; TODD
LYONS, ACTING DIRECTOR, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT; PATRICK DIVVER,
FIELD OFFICE DIRECTOR, SAN
DIEGO FIELD OFFICE, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT; SIRCE OWEN,
ACTING DIRECTOR OF THE
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW (EOIR), U.S.
DEPARTMENT OF JUSTICE; PAMELA
BONDI, ATTORNEY GENERAL, U.S.
DEPARTMENT OF JUSTICE,

                                        Respondents.

Case No.: 3:26-cv-448-JES-VET

**ORDER REQUIRING
RESPONDENTS' RESPONSE TO
PLAINTIFF'S MOTION TO
ENFORCE JUDGMENT AND
SETTING BRIEFING SCHEDULE**

**[ECF No. 11]**

1

On January 29, 2026, Petitioner Xiang Li ("Petitioner") filed the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On February 5, 2026, the Court granted the Petition and ordered Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within ten days of the Order, and to file a Notice of Compliance within five days thereafter. ECF No. 6. Respondents filed an untimely Notice of Compliance on February 24, 2026, reporting that the immigration judge denied Petitioner bond after finding that he did not establish that he was not a danger to the community, and that he was not a flight risk. ECF No. 9. On May 2, Petitioner filed a Motion to Enforce the Judgment ("Motion"), arguing that the bond hearing provided did not comply with this Court's previous order or with the constitutional requirements of due process. ECF No. 11.

Accordingly, the Court **ORDERS** Respondents to show cause as to why the Motion should not be granted by **FILING** a Response, no later than **May 19, 2026**. Petitioner **MAY FILE** a Reply, no later than **May 22, 2026**.

**IT IS SO ORDERED.**

Dated: May 12, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-448-JES-VET